*✓# 704937   # 128886*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 SEP 23 PM 3: 36
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:  \*   CASE # 06-30689 S
            CHAPTER 13
         \*

Messenger, Scott A
Debtor   \*

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – checks are stale dated.

2. The balance of funds for the creditor in the amount of **$2866.84** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 654545 | MBNA America Bank NA c/o Wolphoff & Abramson 702 King Farm Blvd. Rockville, MD 20850 | 1534.50 | 3/31/10 |
| 664111 | Same as Above | 1227.60 | 4/30/10 |
| --- | Same as Above | 104.74 | Balance |

3. Your trustee's check # __704937__ in the amount of $ __2866.84__ payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/21/10

John P. Gustafson
Trustee in Bankruptcy