✓ # ~~704927~~  # 128889
704927
FILED
2010 SEP 23 PM 3:35
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 06-30689 S
CHAPTER 13

*

Messenger, Scott A
Debtor     *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee issued stop payments and voided several disbursement checks.

2. The balance of funds for the creditor in the amount of **$920.70** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 673130 | MBNA America Bank NA<br>c/o Wolphoff & Abramson<br>702 King Farm Blvd.<br>Rockville, MD 20850 | 613.80 | 5/28/10 |
| 644844 | Same as above | 306.90 | 2/26/10 |

3. Your trustee's check # 704927 in the amount of $ 920.70 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/14/10

John P. Gustafson
Trustee in Bankruptcy